IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission, ) | No. CV-09-1510-PHX-GMS |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Maynard L. Jenkins, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Plaintiff's request and the Court finding it beneficial to hold oral argument on the pending Motion to Dismiss,

**IT IS HEREBY ORDERED** setting oral argument on the Motion to Dismiss (Dkt. # 17) for **April 30, 2010 at 11:00 a.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.

DATED this 9th day of April, 2010.

_____
G. Murray Snow
United States District Judge