IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission, ) | No. CV-09-1510-PHX-GMS |
| )  Plaintiff, ) | **ORDER** |
| ) vs. ) | |
| ) Maynard L. Jenkins, ) | |
| )  Defendant. ) | |
| _____ ) | |

On July 30, 2010, a Case Management Conference was set pursuant to Rule 16(b) of the Federal Rules of Civil Procedure. On the basis of the discussions held at the conference,

**IT IS HEREBY ORDERED:**

1. Resetting the Rule 16 Scheduling Conference for ninety (90) days, until **October 29, 2010 at 9:00 a.m.** Counsel for the SEC and Jenkins are authorized to appear telephonically. If appearing telephonically, counsel are to notify the Court at (602) 322-7650 **one week prior** to the hearing.

2. Plaintiff shall file a Motion for Summary Judgment on or before **September 17, 2010**.

3. Defendant shall file a Response pursuant to Rule 56(c)(1(B) of the Federal Rule of Civil Procedure.

4. Plaintiff shall file a Reply, if it wishes to do so, pursuant to Rule 56(c)(1)(C).

5. Counsel for Don W. Watson is directed to be present at the Rule 16 Scheduling conference on October 29, 2010.

6. The Court is advised that if may be advisable to resolve the issue of whether O'Reilly waived its attorney-client privilege in the special investigation prior to scheduling conference. The parties will advise the Court in a timely manner if such a ruling is necessary.

7. The Clerk of the Court is directed to send a copy of this Order to Don W. Watson's counsel of record:

>   Edward F. Novak
>   Melissa S. Ho
>   Zachary D. Cain
>   Polsinelli Shughart PC
>   3636 N. Central Ave., Suite 1200
>   Phoenix, AZ 85012-1942
>
>   Jeffrey Dale Gardner
>   Paul J. Roshka, Jr.
>   Timothy James Sabo
>   Roshka DeWulf & Patten PLC
>   400 E. Van Buren, Suite 800
>   Phoenix, AZ 85004

DATED this 30th day of July, 2010.

_____
G. Murray Snow
United States District Judge