DONALD W. SEARLES, California Bar No. 135705
E-mail: searlesd@sec.gov
ROBERT H. CONRRAD, California Bar No. 199498
E-mail: conrradr@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Michele Wein Layne, Associate Regional Director
John M. McCoy III, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone:   (323) 965-3998
Facsimile:   (323) 965-3908

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br>     vs.<br><br>MAYNARD L. JENKINS,<br><br>             Defendant. | Case No. CV-09-01510-PHX-GMS<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF SERVICE OF RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION** |

NOTICE IS HEREBY GIVEN that on August 2, 2010, counsel for Plaintiff Securities and Exchange Commission served its responses to Defendant's First Set of Requests for Admission on counsel for Defendant via electronic mail.

Dated:  August 3, 2010                              Respectfully submitted,


                                                                    /s/ Donald W. Searles
                                                                    Donald W. Searles
                                                                    Attorney for Plaintiff
                                                                    Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

[X]   U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On August 3, 2010, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF SERVICE OF RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION** on all the parties to this action addressed as stated on the attached service list:

[ ]   **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ]   **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ]   **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ]   **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ]   **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[ ]   **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X]   **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ]   **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

Date:  August 3, 2010            /s/ Donald W. Searles
                                 Donald W. Searles

2

<u>**SEC v. Maynard L. Jenkins**</u>
**United States District Court - District of Arizona
Case No. 2:09-cv-01510-JWS
(LA-3305)**

<u>SERVICE LIST</u>

John W. Spiegel, Esq.
Gregory J. Weingart, Esq.
Melinda L. LeMoine, Esq.
Munger Tolles & Olson LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Email: John.Spiegel@mto.com
Email:  Gregory.Weingart@mto.com
Email:  Melinda.LeMoine@mto.com
***Attorneys to Defendant Maynard L. Jenkins***

3