| ⁜AO 435<br>(Rev. 10/05)<br>*Read Instructions on Back:* | Administrative Office of the United States Courts<br><br>**TRANSCRIPT ORDER** | | **FOR COURT USE ONLY**<br>**DUE DATE:** | |
|---|---|---|---|---|
| **1. NAME**<br>Gregory J. Weingart (Assistant: Carol Jette) | | **2. PHONE NUMBER**<br>(213) 593-5394 | **3. DATE**<br>8/5/2010 | |
| **4. FIRM NAME**<br>Munger, Tolles & Olson LLP | | | | |
| **5. MAILING ADDRESS**<br>355 S. Grand Ave., 35th Floor | | **6. CITY**<br>Los Angeles | **7. STATE**<br>CA | **8. ZIP CODE**<br>90071 |
| **9. CASE NUMBER**<br>CV-09-1510-PHX-GMS | **10. JUDGE**<br>G. Murray Snow | **DATES OF PROCEEDINGS** | | |
| | | 11. 7/30/2010 | 12. | |
| **13. CASE NAME**<br>SEC v. Jenkins | | **LOCATION OF PROCEEDINGS** | | |
| | | 14. Phoenix | 15. STATE  AZ | |

**16. ORDER FOR**
☐ APPEAL        ☐ CRIMINAL              ☐ CRIMINAL JUSTICE ACT       ☐ BANKRUPTCY
☐ NON-APPEAL    ☐ CIVIL                 ☐ IN FORMA PAUPERIS          ☑ OTHER *(Specify)*  Case Mgmt.

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify)<br>Case Mgmt. Conf | 7-30-10 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1<br>(original to Court,<br>copy to ordering party) | FIRST<br>COPY | # OF<br>ADDITIONAL<br>COPIES | DELIVERY INSTRUCTIONS<br>(check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | | |
| 14 DAYS | ☐ | ☐ | | PAPER COPY  ☑ | |
| 7 DAYS  | ☑ | ☐ | | E-MAIL      ☐ | |
| DAILY   | ☐ | ☐ | | DISK        ☐ | |
| HOURLY  | ☐ | ☐ | | PDF FORMAT  ☐ | |
| REALTIME| ☐ | ☐ | | ASCII FORMAT ☐ | |

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges
(deposit plus additional).

**E-MAIL ADDRESS**
Gregory.Weingart@mto.com; Carol.Jette@mto.com

**19. SIGNATURE**  */s/*

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

**20. DATE**  8/5/2010

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
|  | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY