JOHN W. SPIEGEL (*Pro Hac Vice*)
John.Spiegel@mto.com
GREGORY J. WEINGART (*Pro Hac Vice*)
Gregory.Weingart@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for Defendant
MAYNARD L. JENKINS

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>            v.<br><br>MAYNARD L. JENKINS,<br><br>                    Defendant. | CASE NO.  CV-09-01510-PHX-GMS<br><br>**NOTICE OF SERVICE PURSUANT TO L.R. 5.2** |

Pursuant to Local Rule 5.2, Defendant Maynard L. Jenkins gives notice of service of the following discovery requests on Plaintiff the Securities and Exchange Commission. On July 2, 2010, Mr. Jenkins served electronically a First Set of Requests for Production of Documents, a First Set of Requests for Admission, and a First Set of Interrogatories. The Requests for Admission and Interrogatories were also served by hand on July 2, and the Requests for Production were served by hand on July 5.

DATED: August 5, 2010

Munger, Tolles & Olson LLP
JOHN W. SPIEGEL
GREGORY J. WEINGART


By:_____*/s/ Gregory J. Weingart*_____
        GREGORY J. WEINGART

Attorneys for Defendant
MAYNARD L. JENKINS

11374330.1                                      - 1 -                       NOTICE OF SERVICE PURSUANT TO L.R. 5.2