UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **United States Securities and Exchange Commission,** <br> PLAINTIFF(S) <br><br> v. <br><br> **Maynard L. Jenkins** <br> DEFENDANT(S) | CASE NO. **CV 09-1510-PHX-GMS** <br><br><br> NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, _Transcript Order Form #61_ filed by _Donald Searles_:

☒ Document entered in wrong case.

**ACTION REQUIRED BY THE FILER**

☒ The deficiency must be corrected within one (1) business day of this notice.
☒ Re-file document in correct case - CR 09-365-PHX-SRB.