# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MAYNARD L. JENKINS,<br><br>Defendant. | CASE NO. CV-09-01510-PHX-GMS<br><br>**ORDER** |

Based on the Stipulation Regarding Briefing Schedule and Hearing on Plaintiff Securities and Exchange Commission's Motion for Partial Summary Judgment (Doc. 65), entered into by Plaintiff Securities and Exchange Commission (the "Commission") and Defendant Maynard L. Jenkins, by and through their respective counsel of record, and good cause appearing,

**IT IS HEREBY ORDERED** that the briefing schedule for the Commission's Motion for Partial Summary Judgment be modified as follows:

1. Response to Motion for Partial Summary Judgment (Doc. 63) due on or before **October 29, 2010**;

2. Reply due on or before **November 12, 2010**.

/ / /

**IT IS FURTHER ORDERED** that the Rule 16 Scheduling Conference in this matter, currently set for October 29, 2010, be continued to **December 10, 2010 at 9:00 a.m.**

Dated this 27th day of September, 2010.

_____
G. Murray Snow
United States District Judge