# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAYNARD L. JENKINS,<br><br>　　　　Defendant. | NO. CV-09-1510-PHX-GMS<br><br>**ORDER** |

Pursuant to the Stipulation Authorizing Defendant's Filing of an Over-Length Opposition Memorandum of Points and Authorities to the SEC's Motion for Partial Summary Judgment (Doc. 67), filed by Plaintiff Securities and Exchange Commission (the "SEC") and Defendant Maynard L. Jenkins, and good cause appearing,

**IT IS HEREBY ORDERED** that the page limit for Defendant's memorandum of points and authorities in opposition to the SEC's Motion for Partial Summary Judgment (Doc. 63) be increased to twenty-eight pages, exclusive of attachments and any required statement of facts. *See* LRCiv. 7.2(e).

Dated this 25th day of October, 2010.

_____
G. Murray Snow
United States District Judge

11991977.2

[PROPOSED] ORDER RE STIPULATION TO FILE OVER-LENGTH BRIEF