JOHN W. SPIEGEL (*Pro Hac Vice*)
*John.Spiegel@mto.com*
GREGORY J. WEINGART (*Pro Hac Vice*)
*Gregory.Weingart@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant
MAYNARD L. JENKINS

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>MAYNARD L. JENKINS,<br><br>    Defendant. | CASE NO. CV-09-01510-PHX-GMS<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT MAYNARD L. JENKINS FOR A CONTINUANCE PURSUANT TO RULE 56(F) OF THE FEDERAL *RULES OF CIVIL PROCEDURE*** |

**PLEASE TAKE NOTICE** that on December 10, 2010 at 9:00 a.m. in Courtroom 602 of the United States District Court for the District of Arizona, located at 401 W. Washington Street, Phoenix, Arizona, or as soon thereafter as counsel may be heard, Defendant Maynard L. Jenkins will, and hereby does, move, pursuant to Rule 56(f) of the Federal *Rules of Civil Procedure*, for a continuance of the hearing on and this Court's consideration of Plaintiff Securities and Exchange Commission's Motion for Partial Summary Judgment (the "SEC's Motion"), in order to "enable affidavits to be obtained, depositions to be taken, or other discovery to be undertaken." Fed. R. Civ. P. 56(f)(2).

In his Opposition to the SEC's Motion, Mr. Jenkins requests that the Motion be denied on the ground that Plaintiff has failed to establish that the undisputed facts support grant of the Motion and also requests that the Court deny the Motion under Rule 56(f). This Motion is made as an alternative to the Court's denial of the SEC's Motion and in the event that the Court believes that a formal Motion is required to obtain a continuance under Rule 56(f).

This Motion for Continuance is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, and the Memorandum of Points and Authorities and Declaration of Gregory J. Weingart filed by Mr. Jenkins in opposition to the SEC's Motion, the pleadings and records on file in this action, and such further argument as may be offered in any Reply or at the time of the hearing on this Motion.

DATED: October 29, 2010              Munger, Tolles & Olson LLP


                                     By:     /s/ Gregory J. Weingart
                                                 Gregory J. Weingart

                                     Attorneys for Defendant
                                     Maynard L. Jenkins

## MEMORANDUM OF POINTS AND AUTHORITIES

Rule 56(f) of the Federal *Rules of Civil Procedure* states that if a party opposing a summary judgment motion "shows by affidavit that, for specific reasons, it cannot present facts essential to justify its opposition," the Court may: "(1) deny the motion; (2) order a continuance to enable affidavits to be obtained, depositions to be taken, or other discovery to be undertaken; or (3) issue any other just order." Fed. R. Civ. P. 56(f). Because the purpose of Rule 56(f) is "to provide an additional safeguard against an improvident or premature grant of summary judgment," courts have generally applied the rule "with a spirit of liberality." *See* C. Wright, A. Miller & M. Kane, *Federal Practice and Procedure* § 2740, at 402 (3d ed. 1998).

Mr. Jenkins' memorandum filed concurrently in opposition to the SEC's Motion for Partial Summary Judgment and the supporting Weingart Declaration set forth in detail: (1) the specific information that Mr. Jenkins expects to obtain that would potentially raise genuine issues of material facts sufficient to defeat the SEC's Motion; (2) the specific individuals from whom Mr. Jenkins expects to obtain that information; and (3) the reasons why additional time is necessary to obtain such information under present circumstances.

For these reasons, in the event that the Court does not deny the SEC's Motion for the reasons set forth in Mr. Jenkins' Opposition, by this Motion Mr. Jenkins requests that the Court continue the hearing on and its consideration of the Motion for the reasons stated.

DATED: October 29, 2010                                Munger, Tolles & Olson LLP


By:     /s/ Gregory J. Weingart
                Gregory J. Weingart

Attorneys for Defendant
Maynard L. Jenkins