## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 355 S. Grand Ave., Los Angeles, California, 90071.

I hereby certify that on October 29, 2010, I used the CM/ECF system to transmit a Notice of Electronic Filing to all attorneys of record registered for CM/ECF service in the instant action, notifying them of the filing of the following documents:

[1]   MEMORANDUM OF POINTS AND AUTHORITIES OF DEFENDANT MAYNARD L. JENKINS IN OPPOSITION TO MOTION OF SECURITIES AND EXCHANGE COMMISSION FOR PARTIAL SUMMARY JUDGMENT;

[2]   RESPONDING SEPARATE STATEMENT OF DEFENDANT MAYNARD L. JENKINS TO PLAINTIFF'S SEPARATE STATEMENT OF MATERIAL FACTS;

[3]   DECLARATION OF WILLIAM W. HOLDER IN SUPPORT OF OPPOSITION OF DEFENDANT MAYNARD L. JENKINS TO MOTION OF SECURITIES AND EXCHANGE COMMISSION FOR PARTIAL SUMMARY JUDGMENT;

[4]   DECLARATION OF PETER A. SALOMON IN SUPPORT OF OPPOSITION OF DEFENDANT MAYNARD L. JENKINS TO MOTION OF SECURITIES AND EXCHANGE COMMISSION FOR PARTIAL SUMMARY JUDGMENT;

[5]   DECLARATION OF GREGORY J. WEINGART IN SUPPORT OF OPPOSITION OF DEFENDANT MAYNARD L. JENKINS TO MOTION OF SECURITIES AND EXCHANGE COMMISSION FOR PARTIAL SUMMARY

12103421.1

JUDGMENT; AND

[6] NOTICE OF MOTION AND MOTION BY DEFENDANT MAYNARD L. JENKINS FOR A CONTINUANCE PURSUANT TO RULE 56(F) OF THE FEDERAL *RULES OF CIVIL PROCEDURE.*

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Los Angeles, California on October 29, 2010.

*[signature]*

Jennifer C. Lawlor