| | |
|---|---|
| 1 | JOHN W. SPIEGEL (*Pro Hac Vice*) |
| | John.Spiegel@mto.com |
| 2 | GREGORY J. WEINGART (*Pro Hac Vice*) |
| | Gregory.Weingart@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue |
| 4 | Thirty-Fifth Floor |
| | Los Angeles, CA  90071-1560 |
| 5 | Telephone:    (213) 683-9100 |
| | Facsimile:     (213) 687-3702 |

Attorneys for Defendant
MAYNARD L. JENKINS

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO.  CV-09-01510-PHX-GMS |
| Plaintiff, | **NOTICE OF SERVICE PURSUANT TO L.R. CIV. 5.2** |
| v. | |
| MAYNARD L. JENKINS, | |
| Defendant. | |

Pursuant to Local Rule 5.2, Defendant Maynard L. Jenkins gives notice of service of the following discovery request on Plaintiff the Securities and Exchange Commission (the "SEC").  On November 10, 2010, Mr. Jenkins served electronically a Notice of Depositions of Michael Thompson, Roger Weiss, and Dale Ward.  Said Notice was also served by U.S. Mail that same day on the SEC's Los Angeles Regional Office, located at 5670 Wilshire Blvd., 11th Floor, Los Angeles, California 90036.

DATED:  November 11, 2010

MUNGER, TOLLES & OLSON LLP
JOHN W. SPIEGEL
GREGORY J. WEINGART


By:   */s/ John W. Spiegel*
          John W. SPIEGEL

Attorneys for Defendant
MAYNARD L. JENKINS

12273506.1

NOTICE OF SERVICE PURSUANT TO L.R. CIV. 5.2

CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 355 S. Grand Ave., Los Angeles, California, 90071.

I hereby certify that on November 11, 2010, I used the CM/ECF system to transmit a Notice of Electronic Filing to all attorneys of record registered for CM/ECF service in the instant action, notifying them of the filing of the following document: NOTICE OF SERVICE PURSUANT TO L.R. CIV. 5.2.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Los Angeles, California on November 11, 2010.

                                                        /s/ *Cynthia Silvas*
                                                       Cynthia Silvas