IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>    Plaintiff,<br><br>vs.<br><br>Maynard L. Jenkins,<br><br>    Defendant. | No. CV-09-1510-PHX-GMS<br><br>**ORDER** |

Having considered the Notice of Motion and Motion by Defendant Maynard L. Jenkins for a Continuance Pursuant to Rule 56(f) of the Federal Rules of Civil Procedure (Doc. 69), and good cause appearing,

**IT IS HEREBY ORDERED** vacating the Scheduling Conference currently set for December 10, 2010 and resetting for **January 14, 2011 at 10:00 a.m.**

DATED this 24th day of November, 2010.

_____
G. Murray Snow
United States District Judge