JOHN W. SPIEGEL (*Pro Hac Vice*)
John.Spiegel@mto.com
GREGORY J. WEINGART (*Pro Hac Vice*)
Gregory.Weingart@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant
MAYNARD L. JENKINS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>MAYNARD L. JENKINS,<br><br>            Defendant. | CASE NO. CV-09-01510-PHX-GMS<br><br>**NOTICE OF ISSUANCE OF DOCUMENT SUBPOENA TO PRICEWATERHOUSECOOPERS LLP** |

1      **PLEASE TAKE NOTICE** that, pursuant to Rule 45 of the Federal *Rules of Civil Procedure*, Defendant Maynard L. Jenkins intends to issue the subpoena for the production of documents, attached hereto as **Exhibit 1**, to the following entity:

PricewaterhouseCoopers LLP

1850 North Central Avenue, Suite 700

Phoenix, Arizona 85004

     The subpoena calls for the production of documents specified in Exhibit A to the subpoena. It provides that said documents shall be produced on or before December 13, 2010 at 9:00 a.m. at the following location: Osborn Maledon, P.A., c/o Maureen Beyers, Esq., 2929 N. Central Avenue, Suite 2100, Phoenix, Arizona 85012.

DATED: November 30, 2010

Munger, Tolles & Olson LLP
JOHN W. SPIEGEL
GREGORY J. WEINGART


By:   */s/ John W. Spiegel*
       JOHN W. SPIEGEL

Attorneys for Defendant
MAYNARD L. JENKINS

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 355 S. Grand Ave., Los Angeles, California, 90071.

I hereby certify that on November 30, 2010, I used the CM/ECF system to transmit a Notice of Electronic Filing to all attorneys of record registered for CM/ECF service in the instant action, notifying them of the filing of the following document: NOTICE OF ISSUANCE OF DOCUMENT SUBPOENA TO PRICEWATERHOUSECOOPERS LLP.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Los Angeles, California on November 30, 2010.

/s/ *Cynthia Silvas*
Cynthia Silvas