1  JOHN W. SPIEGEL (*pro hac vice*)
   John.Spiegel@mto.com
2  GREGORY J. WEINGART (*pro hac vice*)
   Gregory.Weingart@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
4  Thirty-Fifth Floor
   Los Angeles, CA 90071-1560
5  Telephone: (213) 683-9100
   Facsimile: (213) 687-3702

Attorneys for Defendant
MAYNARD L. JENKINS

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MAYNARD L. JENKINS,<br><br>Defendant. | CASE NO. CV-09-01510-PHX-GMS<br><br>**NOTICE OF SERVICE PURSUANT TO L.R. CIV. 5.2** |

Pursuant to Local Rule 5.2, Defendant Maynard L. Jenkins gives notice of service of the following discovery request on Plaintiff the Securities and Exchange Commission (the "SEC"). On December 17, 2010, Mr. Jenkins served electronically a Notice of Depositions of Michael Thompson, Roger Weiss, and Dale Ward. Said notice was also served by U.S. Mail that same day on the SEC's Los Angeles Regional Office, located at 5670 Wilshire Blvd., 11th Floor, Los Angeles, CA 90036.

| | | |
|---|---|---|
| 1 | DATED: December 17, 2010 | Munger, Tolles & Olson LLP<br>GREGORY J. WEINGART |
| 2 | | |
| 3 | | |
| 4 | | By: _____/s/_____<br>GREGORY J. WEINGART |
| 5 | | Attorneys for Defendant<br>MAYNARD L. JENKINS |

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I am employed in the County of Los Angeles, State of California. I am |
| 3 | over the age of 18 and not a party to this action. My business address is 355 S. |
| 4 | Grand Ave., Los Angeles, California, 90071. |
| 5 | I hereby certify that on December 17, 2010, I used the CM/ECF |
| 6 | system to transmit a Notice of Electronic Filing to all attorneys of record registered |
| 7 | for CM/ECF service in the instant action, notifying them of the filing of the |
| 8 | following document: NOTICE OF SERVICE PURSUANT TO L.R. CIV. 5.2. |
| 9 | I declare under penalty of perjury that the foregoing is true and correct, |
| 10 | and that this declaration was executed at Los Angeles, California on December 17, |
| 11 | 2010. |

*/s/ Cynthia Silvas*
Cynthia Silvas