1  DONALD W. SEARLES, California Bar No. 135705
   E-mail: searlesd@sec.gov
2  C. DABNEY O'RIORDAN, California Bar No. 205158
   E-mail: oriordand@sec.gov
3
4  Attorneys for Plaintiff
   Securities and Exchange Commission
   Rosalind R. Tyson, Regional Director
5  Michele Wein Layne, Associate Regional Director
   5670 Wilshire Boulevard, 11th Floor
6  Los Angeles, California 90036-3648
   Telephone:  (323) 965-3998
7  Facsimile:  (323) 965-3908

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MAYNARD L. JENKINS,<br><br>　　　　　Defendant. | Case No. 2:09-CV-1510-PHX-GMS<br><br>**NOTICE OF SERVICE OF PLAINTIFF SECURITIES AND EXCHANGE COMMMMISSION'S NOTICE OF VIDEOTAPED DEPOSITION OF MAYNARD L. JENKINS** |

**NOTICE IS HEREBY GIVEN** that on December 16, 2010, Plaintiff Securities and Exchange Commission served counsel for Defendant Maynard L. Jenkins its Notice of Videotaped Deposition of Maynard L. Jenkins.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


Dated: December 20, 2010　　　　　/s/ Donald W. Searles
　　　　　　　　　　　　　　　　　　Donald W. Searles
　　　　　　　　　　　　　　　　　　C. Dabney O'Riordan
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　Securities and Exchange Commission

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

[X] U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On December 20, 2010, I caused to be served the document entitled **NOTICE OF SERVICE OF PLAINTIFF SECURITIES AND EXCHANGE COMMMISSION'S NOTICE OF VIDEOTAPED DEPOSITION OF MAYNARD L. JENKINS** on all the parties to this action addressed as stated on the attached service list:

[ ] **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ] **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ] **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ] **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[ ] **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X] **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ] **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 20, 2010           /s/ Donald W. Searles
                                  Donald W. Searles

2

**SEC v. Maynard L. Jenkins**
**United States District Court - District of Arizona**
**Case No. 2:09-cv-01510-JWS**
**(LA-3305)**

<u>SERVICE LIST</u>

Gregory J. Weingart, Esq. **(served via CM/ECF only)**
John W. Spiegel, Esq. **(served via CM/ECF only)**
Jenny M. Jiang, Esq. **(served via CM/ECF only)**
Melinda E. LeMoine, Esq. **(served via CM/ECF only)**
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Email: gregory.weingart@mto.com
Email: john.spiegel@mto.com
Email: jenny.jiang@mto.com
Email: melinda.lemoine@mto.com
***Attorneys to Defendant Maynard L. Jenkins***