JOHN W. SPIEGEL (*pro hac vice*)
John.Spiegel@mto.com
GREGORY J. WEINGART (*pro hac vice*)
Gregory.Weingart@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant
MAYNARD L. JENKINS

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    vs.<br><br>MAYNARD L. JENKINS,<br><br>            Defendant. | CASE NO.  CV-09-01510-PHX-GMS<br><br>**NOTICE OF SERVICE PURSUANT TO L.R. CIV. 5.2** |

Pursuant to Local Rule 5.2, Defendant Maynard L. Jenkins gives notice of service of the following discovery request on Plaintiff the Securities and Exchange Commission (the "SEC").  On December 22, 2010, Mr. Jenkins served electronically a Notice of Depositions of Aimee Hudson, Jeffrey Scott Neff, Andrew Stevens, Paul Sundin, and Stephen Lewis.  Said notice was also served by U.S. Mail that same day on the SEC's Los Angeles Regional Office, located at 5670 Wilshire Blvd., 11th Floor, Los Angeles, CA 90036.

| | | |
|---|---|---|
| 1 | DATED: December 23, 2010 | Munger, Tolles & Olson LLP<br>GREGORY J. WEINGART |
| 2 | | |
| 3 | | |
| 4 | | By: _____*/s/ Gregory J. Weingart*_____<br>GREGORY J. WEINGART |
| 5 | | Attorneys for Defendant<br>MAYNARD L. JENKINS |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>CERTIFICATE OF SERVICE</u>

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 355 S. Grand Ave., Los Angeles, California, 90071.

I hereby certify that on December 23, 2010, I used the CM/ECF system to transmit a Notice of Electronic Filing to all attorneys of record registered for CM/ECF service in the instant action, notifying them of the filing of the following document: NOTICE OF SERVICE PURSUANT TO L.R. CIV. 5.2.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Los Angeles, California on December 23, 2010.

/s/ *Cynthia Silvas*
Cynthia Silvas