IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Securities and Exchange Commission, | ) | No. CV-09-1510-PHX-GMS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Maynard L. Jenkins, | ) | |
| Defendant. | ) | |

Pending before the Court is Plaintiff's Motion for a Protective Order Staying the Deposition of Aimee Hudson (Doc. 88). Plaintiff simultaneously filed this same motion in *Securities and Exchange Commission v. Fraser, et al.*, Case No. CV-09-443-PHX-GMS. For the reasons stated in the Court's Order filed in that case, it will deny the Motion without prejudice.

**IT IS HEREBY ORDERED** denying the Motion for a Protective Order Staying the Deposition of Aimee Hudson without prejudice (Doc. 88).

DATED this 5th day of January, 2011.

G. Murray Snow
United States District Judge