# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff(s)/Petitioner(s),

vs.

MAYNARD L. JENKINS

    Defendant(s)/Respondent(s)

CASE NO: CV-09-01510-PHX-GMS

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

FILED ___ LODGED ___
RECEIVED ___ COPY ___
JAN 0 7 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

### NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, **MATTHEW A. MACDONALD**, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of **Defendant MAYNARD L. JENKINS**.

**City and State of Principal Residence:** Los Angeles, CA

**Firm Name:** Munger, Tolles & Olson LLP

**Address:** 355 S. Grand Avenue    **Suite:** 3500

**City:** Los Angeles    **State:** CA    **Zip:** 90071-1560

**Firm/Business Phone:** (213) 683-9100

**Firm Fax Phone:** (213) 687-3702    **E-mail Address:** Matthew.Macdonald@mto.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Superior Court of the State California | 02/27/2008 | ☑ Yes   ☐ No* |
| USDC - CA (Central) | 12/29/2009 | ☑ Yes   ☐ No* |
| 9th Circuit Court of Appeals | 08/14/2009 | ☑ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.

*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No

Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

12-30-10      /s/ Matthew Macdonald

**Date**      **Signature of Applicant**

Fee Receipt # PHX 105198

(Rev. 06/10)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff(s)/Petitioner(s),<br><br>vs.<br><br>MAYNARD L. JENKINS<br><br><br>Defendant(s)/Respondent(s | CASE NO.: CV-09-01510-PHX-GMS<br><br>Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3) |
|---|---|

(ADDITIONAL SHEET RE INFORMATION ON COURT ADMISSIONS)

I am admitted to practice before the following courts.
- USDC Fresno (Eastern) - 2/22/10
- USDC Colorado - 5/21/10
- 11th Circuit Court of Appeals - 9/27/10

# United States District Court

## Central District of California

**CERTIFICATE OF
GOOD STANDING**

I, TERRY NAFISI, Clerk of this Court, certify that

Matthew A. Macdonald, Bar Number 255269

duly admitted to practice in this Court on     December 29, 2009

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on     December 29, 2010
         *DATE*

TERRY NAFISI
District Court Executive, Clerk of Court

By     *Linda Rayford*
Linda Rayford, Deputy Clerk

G-52 (09/08)(Rev. AO 136)     CERTIFICATE OF GOOD STANDING - MEMBER OF BAR