1  GIBSON, DUNN & CRUTCHER LLP
   Douglas M. Fuchs (CA Bar # 196371) (Pro Hac Vice Pending)
2  DFuchs@gibsondunn.com
3  David S. Han (CA Bar # 247789) (Pro Hac Vice Pending)
   DHan@gibsondunn.com
4  333 S. Grand Ave.
   Los Angeles, CA  90071
5  Telephone:  (213) 229-7000
6
7  Attorneys for CSK Auto Corporation
8

9  **IN THE UNITED STATES DISTRICT COURT**

10  **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV-09-0443-GMS |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THIRD-PARTY CSK AUTO CORPORATION'S MOTION TO INTERVENE AND STAY PROCEEDINGS OR LIMIT DISCOVERY** |
| vs. | |
| DON W. WATSON, et al., | |
| Defendants. | (Oral Argument Requested) |
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV-09-01510-PHX-GMS |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THIRD-PARTY CSK AUTO CORPORATION'S MOTION TO INTERVENE AND STAY PROCEEDINGS OR LIMIT DISCOVERY** |
| vs. | |
| MAYNARD L. JENKINS, | |
| Defendant. | (Oral Argument Requested) |

Gibson, Dunn &
Crutcher LLP

Under Federal Rule of Evidence 201, Third-Party CSK Auto Corporation ("CSK") hereby respectfully requests that the Court take judicial notice of the following attached documents in support of CSK's Motion to Intervene and Stay Proceedings or Limit Discovery:

## I. DOCUMENTS OF WHICH JUDICIAL NOTICE IS REQUESTED

**Exhibit 1:** Joint Case Management Statement For January 14, 2011 Scheduling Conference, Docket No. 94 (January 7, 20100), *Securities and Exchange Commission v. Jenkins*, 09-CV-01510-GMS (D. Ariz.).

**Exhibit 2:** Case Management Order, Docket No. 97 (May 3, 2010), *Securities and Exchange Commission v. Watson*, 09-CV-00443-GMS (D. Ariz.).

## II.    ARGUMENT

CSK requests that the Court take judicial notice of the documents listed above, which are publicly available, under Fed. R. Evid. 201, which provides that "[a] court may take judicial notice," of "facts not subject to reasonable dispute," and "shall take judicial notice if requested by a party and supplied with the necessary information." Fed. R. Evid. 201 also provides that a fact subject to judicial notice is one that is "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *Id.*

### A.    The Court May Take Judicial Notice of Exhibits 1-2, Which Are Filings From This Court And Are Capable of Accurate And Ready Determination Through This Court's Files.

These exhibits are part of the Court's records and are publicly available through the Court's Electronic Document Filing System. Thus, the Exhibits are capable of accurate and ready determination through the Court's files. They therefore fall under the plain language of Fed. R. Evid. 201. Furthermore, case law holds that a "court may take judicial notice of its own orders and of records in a case before the court." *In re Papatones*, 143 F.3d 623, 624 (1st Cir. 1998); *see also Porter v. Ollison*, 620 F.3d 952, 954-55 n1 (9th Cir. 2010); *In re Silicon Graphics Sec. Litig.*, 1996 U.S. Dist. LEXIS 16989, at *35 n.11 (N.D. Cal. 1996);

1  *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971
2  F.2d 244, 248 (9th Cir. 1992).
3      Therefore, under the plain language of Fed. R. Evid. 201 and unequivocal
4  caselaw, it is appropriate for this Court to judicially notice Exhibits 1 to 2, and to
5  consider them in connection with the instant motion to intervene and stay.

### III.  CONCLUSION

    For the foregoing reasons, Defendants respectfully request that this Court take judicial notice of the documents attached hereto as Exhibits 1 to 2.

DATED this 11th day of January 2011.

                                  GIBSON, DUNN & CRUTCHER LLP

                                  By:   */s/Doug M. Fuchs*
                                         Doug M. Fuchs
                                         333 South Grand Avenue
                                         Los Angeles, CA 90071

                                LEWIS AND ROCA LLP

                                By */s/ Dale Danneman*
                                      Dale Danneman
                                      40 N. Central Avenue
                                      Phoenix, Az. 85004

                                Attorneys for CSK Auto Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 11, 2011.

/s/ June Yourgulez