# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Securities and Exchange Commission

        Plaintiff(s)/Petitioner(s),
vs.

Maynard L. Jenkins

        Defendant(s)/Respondent(s)

CASE NO: CV-09-01510-PHX-GMS

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

## NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, **Douglas M. Fuchs**, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of **CSK Auto Corporation**.

**City and State of Principal Residence:** Los Angeles, CA
**Firm Name:** Gibson, Dunn & Crutcher LLP
**Address:** 333 S. Grand Avenue  **Suite:** 5064
**City:** Los Angeles  **State:** CA  **Zip:** 90071
**Firm/Business Phone:** (213) 229-7000
**Firm Fax Phone:** (213) 229-7520  **E-mail Address:** dfuchs@gibsondunn.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Central District of California | 12/2006 | ☑ Yes ☐ No* |
| All Courts, State of California | 12/2006 | ☑ Yes ☐ No* |
| | | ☐ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| 09-00372-SRB | USA v. Martin G. Fraser & Don W. Watson | 04/22/2010 |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

1/14/11
**Date**

*/s/ Douglas M. Fuchs*
**Signature of Applicant**

Fee Receipt # _____

(Rev. 06/10)

# United States District Court

## Central District of California

**CERTIFICATE OF
GOOD STANDING**

I, TERRY NAFISI, Clerk of this Court, certify that

Doug Fuchs, Bar 196371

duly admitted to practice in this Court on   September 2, 1998

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on   January 11, 2011
     DATE

TERRY NAFISI
District Court Executive, Clerk of Court

By _____
Lupe Thrasher, Deputy Clerk

1200

G-52 (09/08)(Rev. AO 136)        CERTIFICATE OF GOOD STANDING - MEMBER OF BAR