| AO 435 (Rev. 10/05) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Read Instructions on Back: | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME  John W. Spiegel | 2. PHONE NUMBER  (213) 683-9152 | 3. DATE  1/21/2011 |
|---|---|---|
| 4. FIRM NAME  Munger, Tolles & Olson LLP | | |
| 5. MAILING ADDRESS  355 So. Grand Avenue, 35th Floor | 6. CITY  Los Angeles | 7. STATE  CA   8. ZIP CODE  90071 |
| 9. CASE NUMBER  CV-09-01510-PHX-GMS | 10. JUDGE  Hon. G. Murray Snow | DATES OF PROCEEDINGS  11. 1/21/2011   12. |
| 13. CASE NAME  Securities and Exchange Commission v. Maynard Jenkins | | LOCATION OF PROCEEDINGS  14. Phoenix   15. STATE  AZ |

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Scheduling Conference | 1/21/2011 |
| [ ] BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | PAPER COPY [ ] | |
| 14 DAYS | [ ] | [ ] | | E-MAIL [x] | |
| 7 DAYS | [x] | [ ] | | DISK [ ] | |
| DAILY | [ ] | [ ] | | PDF FORMAT [x] | |
| HOURLY | [ ] | [ ] | | ASCII FORMAT [ ] | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS: sydney.etter@mto.com

19. SIGNATURE  / S /

20. DATE  1/21/2011

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY