JOHN W. SPIEGEL (*pro hac vice*)
John.Spiegel@mto.com
GREGORY J. WEINGART (*pro hac vice*)
Gregory.Weingart@mto.com
MATTHEW A. MACDONALD (*pro hac vice*)
Matthew.Macdonald@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant
MAYNARD L. JENKINS

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

MAYNARD L. JENKINS,

Defendant.

CASE NO. CV-09-01510-PHX-GMS

**NOTICE OF SERVICE PURSUANT TO L.R. CIV. 5.2**

Pursuant to Local Rule 5.2, Defendant Maynard L. Jenkins gives notice of service of the following document on Plaintiff the Securities and Exchange Commission (the "SEC"). On January 28, 2011, Mr. Jenkins served electronically his Additional Rule 26(a)(1) Disclosures. Said notice was also served by U.S. Mail that same day on the SEC's Los Angeles Regional Office, located at 5670 Wilshire Blvd., 11th Floor, Los Angeles, CA 90036.

DATED: January 28, 2011

Munger, Tolles & Olson LLP
MATTHEW A. MACDONALD

By: [signature]
MATTHEW A. MACDONALD

Attorneys for Defendant
MAYNARD L. JENKINS

CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 355 S. Grand Ave., Los Angeles, California, 90071.

I hereby certify that on January 28, 2011, I used the CM/ECF system to transmit a Notice of Electronic Filing to all attorneys of record registered for CM/ECF service in the instant action, notifying them of the filing of the following document: NOTICE OF SERVICE PURSUANT TO L.R. CIV. 5.2.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Los Angeles, California on January 28, 2011.

/s/ *Gigi Ruesegger*
Gigi Ruesegger