UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES SECURITY AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAYNARD L. JENKINS,<br><br>　　　　Defendant,<br>　and<br><br>CSK AUTO CORPORATION,<br><br>　　　　Intervenor. | Case No.  CV 09-01510 PHX RJB<br><br><br>NOTICE |

　　　　This case has been reassigned to the undersigned judge. The court attempts to manage each case to secure the just, speedy, and inexpensive determination of the action. In lieu of convening a scheduling conference, the court will direct the Clerk to issue an order requiring that the parties submit a joint status report and discovery plan. After the joint status report and discovery plan has been filed, the court will issue a scheduling order that includes a trial date. Setting a trial date early in the case assures the parties that the case will be on this court's trial calendar, and it also enables the court to manage its caseload efficiently.

　　　　The parties are advised that the court issues a scheduling order that generally results in resolution of the case one year after the case has been filed. As the parties develop the joint status report, they should keep this time frame in mind. Some of the cases that have been assigned to the undersigned judge have dates set for completion of discovery and for the filing of dispositive motions. In those cases, the parties should propose as early a date for trial as is feasible.

　　　　DATED this 23rd day of February, 2011.

*Robert J Bryan* (signature)

Robert J Bryan
United States District Judge

NOTICE