UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES SECURITY AND EXCHANGE COMMISSION<br><br>    Plaintiff,<br><br>    v.<br><br>MAYNARD L. JENKINS,<br><br>    Defendant,<br>    and<br><br>CSK AUTO CORPORATION,<br><br>    Intervenor. | CASE NO. CV 09-01510 PHX RJB<br><br>ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT |

## I. JOINT STATUS REPORT & DISCOVERY PLAN

All Counsel and any pro se parties are directed to confer and provide the Court with a combined Joint Status Report and Discovery Plan (the "Report") by **April 25, 2011.** This conference shall be done by direct and personal communication, whether that be a face-to-face meeting or a telephonic conference. The Report will be used in setting a schedule for the prompt completion of the case. It must contain the following information by corresponding paragraph numbers:

1. A statement of the nature and complexity of the case.

2. A statement of which ADR method (mediation, arbitration, or other) should be used. If the parties believe there should be no ADR, the reasons for that belief should be stated.

3. Whether the case should be bifurcated by trying the liability issues before the damages issues, or bifurcated in any other way.

4. Any other suggestions for shortening or simplifying the case.

ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT - 1

5. The date the case will be ready for trial, keeping in mind that the trial date should be set as soon as is feasible for the parties and the court.

6. Whether the trial will be jury or non-jury.

7. The total number of trial days required.

8. The dates on which trial counsel may have complications to be considered in setting a trial date.

If the parties are unable to agree on any part of the Report, they may answer in separate paragraphs. SEPARATE REPORTS SHOULD NOT BE FILED.

The time for filing the Report may be extended only by court order. Any request for extension should be made by telephone to Judge Bryan's Courtroom Deputy, Dara Kaleel, at 253-882-3824, or by email at dara_kaleel@wawd.uscourts.gov. If the parties wish to have a status conference with the Court at any time during the pendency of this action, they should notify Ms. Kaleel.

## II. PLAINTIFF'S RESPONSIBILITY

Plaintiff's counsel will be responsible for starting the communications needed to comply with this order and for filing the Joint Status Report.

## III. EARLY SETTLEMENT CONSIDERATION

When civil cases are settled early – before they become costly and time-consuming – all parties and the court benefit. If settlement is achieved, counsel shall notify Ms. Kaleel.

## IV. SANCTIONS

A failure by any party to comply fully with this Order may result in the imposition of sanction.

## V. COURTESY COPIES

The requirement for courtesy copies set forth on page 9 of the District of Arizona's Electronic Case File Administrative Policies and Procedures Manual is hereby waived, with the exception of pleadings of 100 or more total pages.

DATED this 23rd day of February, 2011.

*Robert J Bryan*
Robert J Bryan
United States District Judge

ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT - 2