| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>MAYNARD L. JENKINS,<br><br>    Defendant. | CASE NO.  CV-09-01510-PHX-RJB<br><br>**ORDER ON STIPULATION BETWEEN PLAINTIFF SEC AND DEFENDANT MAYNARD JENKINS RE: SETTLEMENT AND STAY OF PROCEEDINGS** |

Plaintiff the Securities and Exchange Commission and defendant Maynard L. Jenkins have jointly requested a stay of proceedings pending final approval by the Securities and Exchange Commissioners of a tentative settlement agreement.  The Court hereby **GRANTS** the request and **ORDERS AS FOLLOWS**:

    1.    Pending final approval of the parties' tentative settlement by the Securities and Exchange Commissioners, any and all pending and/or future deadlines, including those regarding discovery, disclosures, and motion practice, shall be stayed;

    2.    The Court will not further consider or decide the pending summary adjudication motion pending completion of the settlement; Plaintiff's

1  Motion for Partial Summary Judgment (Dkt. 63) and the Motion to Strike (Dkt. 80)
2  are STRICKEN WITHOUT PREJUDICE to renewing the motions at a later date;
3      3.    The failure by any party to participate in depositions or other
4  discovery being taken in related actions -- including *SEC v. Fraser*, CV 09-00443
5  PHX-RJB -- during the pendency of this stay shall not preclude said party from
6  later taking such deposition or other discovery should the settlement be rejected;
7      4.    Either party may terminate the stay on fourteen days' written
8  notice to the Court and the other party;
9      5.    In the event that the settlement is not approved, the deadline for
10 the completion of discovery in this action, as well as all other deadlines, shall be
11 extended by sixty days from entry of this order.
12     6.    Not later than May 25, 2011, the parties shall file a proposed
13 stipulation for dismissal of this case or a joint status report, informing the court of
14 the status of the case.

**IT IS SO ORDERED.**

Dated this 25th day of March, 2011.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge