# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MAYNARD L. JENKINS,<br><br>　　　　Defendant. | CASE NO. CV 09-01510 PHX RJB<br><br>ORDER STAYING CASE |

Pursuant to the Joint Status Report (Dkt. 126), filed by the parties on May 24, 2011, this case is STAYED until July 18, 2011. Not later than July 18, 2011, the parties shall file a proposed stipulation for dismissal of this case or a Joint Status Report, informing the court of the status of the case.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 25th day of May, 2011.

　　　　　　　　　　　　／s／ Robert J. Bryan
　　　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　　　United States District Judge