DONALD W. SEARLES, CALIFORNIA Bar No. 135705
E-mail: searlesd@sec.gov
C. DABNEY O'RIORDAN, CALIFORNIA Bar No. 205158
E-mail: oriordand@sec.gov

Attorneys for Plaintiff Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Michelle Wein Layne, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone: (323) 965-3998
Facsimile: (323) 965-3908


JOHN W. SPIEGEL (*Pro Hac Vice*)
John.Spiegel@mto.com
GREGORY J. WEINGART (*Pro Hac Vice*)
Gregory.Weingart@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant
Maynard L. Jenkins

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MAYNARD L. JENKINS,<br><br>Defendant. | CASE NO. CV-09-01510-PHX-RJB<br><br>**JOINT STATUS REPORT** |

12667783.2

Counsel for Plaintiff Securities and Exchange Commission and for Defendant Maynard L. Jenkins submit this Joint Status Report pursuant to the Court's Order dated May 26, 2011.

The parties' efforts to settle this matter have not been successful.

The parties intend to meet and confer on a discovery plan and proposed schedule and on or before July 29, 2011, will submit to the Court a Joint Status Report, proposed schedule and discovery plan addressing all issues identified in the Court's Order dated February 23, 2011.

Dated: July 18, 2011　　　SECURITIES AND EXCHANGE COMMISSION

/s/ Donald W. Searles
Donald W. Searles
Attorneys for Plaintiff Securities and Exchange Commission

Dated: July 18, 2011　　　MUNGER, TOLLES & OLSON LLP

/s/ John W. Spiegel
John W. Spiegel
Attorneys for Defendant Maynard L. Jenkins

12667783.2

- 2 -

*SEC v. Jenkins*, CV 09-1510-PHX-RJB
JOINT STATUS REPORT

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

[X] U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On July 18, 2011 I caused to be served the document entitled **JOINT STATUS REPORT** on all the parties to this action addressed as stated on the attached service list:

[ ] **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

    [ ] **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

    [ ] **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ] **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ] **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[ ] **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X] **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ] **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: <u>July 18, 2011</u>             s/Jeannine Abraham
                                           Jeannine Abraham

**SEC v. Maynard L. Jenkins**
**United States District Court - District of Arizona**
**Case No. 2:09-cv-01510-JWS**
**(LA-3305)**

SERVICE LIST

Gregory J. Weingart **(served via CM/ECF only**)
John W. Spiegel, Esq. **(served via CM/ECF only)**
Jenny M. Jiang, Esq. **(served via CM/ECF only)**
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Email: gregory.weingart@mto.com
Email: john.spiegel@mto.com
Email: jenny.jiang@mto.com
***Attorneys to Defendant Maynard L. Jenkins***