# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>MAYNARD L. JENKINS,<br><br>            Defendant. | CASE NO.  CV 09-01510 PHX RJB<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

Pursuant to the Joint Status Report filed July 18, 2011 (Dkt. 128), the parties shall submit a discovery plan and proposed schedule on or before July 29, 2011.

Dated this 19th day of July, 2011.

The Foregoing Minute Order was authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.