1  DONALD W. SEARLES, Cal. Bar No. 135705
   SearlesD@sec.gov
2  C. DABNEY O'RIORDAN, Cal. Bar No. 205158
   ORiordanD@sec.gov
3
   Attorneys for Plaintiff Securities and Exchange Commission
4  Rosalind R. Tyson, Regional Director
   Michele Wein Layne, Associate Regional Director
5  5670 Wilshire Boulevard, 11th Floor
   Los Angeles, California 90036-3648
6  Telephone: (323) 965-3998
   Facsimile: (323) 965-3908
7

8  JOHN W. SPIEGEL (*Pro Hac Vice*)
   John.Spiegel@mto.com
9  GREGORY J. WEINGART (*Pro Hac Vice*)
   Gregory.Weingart@mto.com
10 MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
11 Thirty-Fifth Floor
   Los Angeles, CA 90071-1560
12 Telephone:   (213) 683-9100
   Facsimile:   (213) 687-3702
13
   Attorneys for Defendant
14 Maynard L. Jenkins

15                    **UNITED STATES DISTRICT COURT**

16                           **DISTRICT OF ARIZONA**

17 SECURITIES AND EXCHANGE              CASE NO. CV-09-01510-PHX-RJB
   COMMISSION,
18                                      **JOINT DISCOVERY PLAN AND**
                Plaintiff,              **PROPOSED SCHEDULE**
19
         v.
20
   MAYNARD L. JENKINS,
21
                Defendant.
22

1  Counsel for Plaintiff Securities and Exchange Commission and for Defendant
2  Maynard L. Jenkins submit this Joint Discovery Plan and Proposed Schedule pursuant to
3  this Court's Order dated July 19, 2011.
4  Pursuant to this Court's Order dated March 25, 2011, any and all pending and/or
5  future deadlines, including those regarding discovery, disclosures, and motion practice,
6  have been stayed for the past four months. Accordingly, the parties propose extending the
7  discovery and dispositive motion deadlines approximately three months from the
8  deadlines previously established by the Court's Case Management Order dated January
9  21, 2011 (Dkt. No. 111). The specific proposed deadlines are as follows:
10  <u>Deadline for Competing Fact Discovery</u>. The deadline for completing fact
11  discovery shall be **January 27, 2012**.
12  <u>Deadline for Disclosure of Experts and Completion of Expert Discovery</u>.  Both
13  plaintiff and defendant shall provide expert disclosures required by Rule 26(a)(2)(A)-(C)
14  of the Federal Rules of Civil Procedure no later than **February 27, 2012**. Rebuttal expert
15  disclosures, if any, shall be made no later than **March 27, 2012**. Expert depositions shall
16  be completed no later than **April 27, 2012**.
17  <u>Deadline for filing dispositive motions</u>. Dispositive motions shall be filed no later
18  than **May 25, 2012**.
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

- 2 -

All other terms and conditions of the Court's Case Management Order shall remain in effect.

Dated: July 28, 2011		SECURITIES AND EXCHANGE COMMISSION

/s/ Donald W. Searles
Donald W. Searles
C. Dabney O'Riordan
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

Attorneys for Plaintiff Securities and Exchange Commission

Dated: July 28, 2011		MUNGER, TOLLES & OLSON LLP

/s/ John W. Spiegel
John W. Spiegel
Gregory J. Weingart
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant Maynard L. Jenkins

- 3 -

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

[X]   U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On July 28, 2011 I caused to be served the document entitled **JOINT DISCOVERY PLAN AND PROPOSED SCHEDULE** on all the parties to this action addressed as stated on the attached service list:

[ ]   **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

  [ ]   **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

  [ ]   **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ]   **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ]   **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[ ]   **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X]   **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ]   **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 28, 2011             s/Jeannine Abraham
                                Jeannine Abraham

**SEC v. Maynard L. Jenkins**
**United States District Court - District of Arizona**
**Case No. 2:09-cv-01510-PHX-RJB**
**(LA-3305)**

SERVICE LIST

John W. Spiegel, Esq. **(served via CM/ECF only)**
Gregory J. Weingart, Esq. **(served via CM/ECF only)**
Jenny M. Jiang, Esq. **(served via CM/ECF only)**
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Email:  john.spiegel@mto.com
Email:  gregory.weingart@mto.com
Email:  jenny.jiang@mto.com
*Attorneys to Defendant Maynard L. Jenkins*