# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MAYNARD L. JENKINS,

    Defendant.

Case No.CV09-01510-PHX-RJB

MINUTE ORDER SETTING TRIAL AND PRETRIAL DATES

| | |
|---|---|
| **TEN DAY BENCH TRIAL** set for 9:30 a.m. on (Courtroom 401- Phoenix) | August 27, 2012 |
| Disclosure of expert testimony under FRCP 26(a)(2) | February 27, 2012 |
| All motions related to discovery must be FILED by | April 9, 2012 |
| Discovery COMPLETED by | April 27, 2012 |
| All dispositive motions must be FILED by | May 25, 2012 |
| Motions in limine should be FILED by     and NOTED on the motion calendar no later than the third Friday thereafter, but not later than the Friday before any scheduled pretrial conference. | August 2, 2012 |
| Agreed pretrial order LODGED with the court by | August 10, 2012 |
| Telephonic Pretrial conference will be HELD at 8:30 a.m. on | August 17, 2012 |
| Trial briefs due | August 17, 2012 |

    PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW need not be submitted unless specifically requested by the Judge.

ORDER SETTING TRIAL, PRETRIAL DATES
AND ORDERING MEDIATION - 1

If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court.

If this case is settled please advise Dara Kaleel, Courtroom Deputy to Judge Bryan, immediately at (253) 882-3824. If this case is not settled, <u>it will go to trial on the date set or as soon thereafter as the court is available.</u>

The foregoing Minute Order entered **BY DIRECTION OF THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.**

ORDER SETTING TRIAL, PRETRIAL DATES
AND ORDERING MEDIATION - 2